# EXHIBIT A to Complaint of Keith F. Bell, Ph.D.

```
Type of Work:        Text

Registration Number / Date:
                     TX0002672644 / 1989-09-21

Title:               Winning isn't normal / by Keith Bell.

Description:         68 p.

Copyright Claimant:
                     Keith Bell

Date of Creation:    1981

Date of Publication:
                     1982-02-03

Names:               Bell, Keith Frank, 1948-

===========================================================================
```

# EXHIBIT B to Complaint of Keith F. Bell, Ph.D.

think you are one of those special people who win national championships and break world records?

Well, guess what? No one is special! The people who win are not special people. There is nothing special about the people who break world records. They are not special people — they do special things! They are just people who do special things! You can too! And you have to do special things, if you want to win.

## Winning Isn't Normal

Winning isn't normal. That doesn't mean there's anything wrong with winning. It just isn't the norm. It's highly unusual.

Every race only has one winner. No matter how many people are entered (not to mention all those who tried and failed to make cuts), only one person (or one relay) wins each event.

Winning is unusual. As such, it requires unusual action.

In order to win, you must do extraordinary things. You can't just be one of the crowd. The crowd doesn't win. You have to be willing to stand out and act differently.

Your actions need to reflect unusual values and priorities. You have to value success more than others do. You have to want it more. (Now, take note! Wanting it more is a decision you make and act upon — not some inherent quality or burning inner drive or inspiration!) And you have to make that value a priority.

You can't train like everyone else. You have to train more and train better.

You can't talk like everyone else. You can't think like everyone else. You can't be too willing to join the crowd, to do what is expected, to act in a socially accepted manner, to do what's ''in.'' You need to be willing to stand out in the crowd and consistantly take exceptional action. If you want to win, you need to accept the risks and perhaps the loneliness . . . because *winning isn't normal!!*

8

# EXHIBIT C to Complaint of Keith F. Bell, Ph.D.



**CLUB PRESIDENTS** NEWSLETTER | A CLUB DEVELOPMENT SERVICE

HOME    NEWS    MEMBER RESOURCES    TRAINING    EVENTS    TIMES

**In this Newsletter**
Volume 1 - 10/10/2014

1. Welcome
2. Free Membership with BoardSource
3. Tough Love Marketing
4. Club Leadership and Business Management School (CLBMS)
5. Sport Development Consultants
6. Principles of Policy Governance
7. Five Ways to Be a Model Board Member
8. Top 10 Tips for Hiring the Right Employee
9. 11 Steps to a Successful Nonprofit Social Media Strategy
10. How to Write a Small Business Marketing Plan: A Step-by-Step Guide











# Dear Club President,

**Quote of the week:**
**"The most difficult thing is the decision to act, the rest is merely tenacity."**
**~Amelia Earhart**

## Welcome

Welcome to the inaugural issue of USA Swimming's newest publication … The Board Presidents' Newsletter.

Approximately 50% of all USA Swimming clubs are owned and governed by a non-profit corporation whose board of directors are parents of swimmers on the team. Each of these 1400 clubs also has a dedicated board president whose list of official and unofficial duties is ever expanding. In an effort to provide board presidents with information and resources that can help them be more effective in that role, USA Swimming's Club Development Division has created this monthly newsletter.

Following is a short listing of some of the information we plan to make available to you through this newsletter …
1) Current information, news and announcements from USA Swimming
2) Best practices utilized by successful USA Swimming clubs
3) Cutting-edge trends in non-profit board governance
4) Ongoing information about USA Swimming Programs and Services
5) Features/examples of typical Board President challenges and solutions
6) Links to resources about pertinent subjects such as running a small business, leadership, attracting volunteers, hiring practices, insurance, developing club policies and procedures, etc.

We also want to request that you indicate specific areas of interest and need. We want this free publication to be a valuable resource for you and, therefore, we invite your suggestions, feedback and contributions.

Thank you for the time and energy that each of you devote to leading your club. You play a very critical role in the success of USA Swimming and we sincerely hope this publication will be helpful to you in that role.

Sincerely,

Pat Hogan
Club Development Managing Director

## Free Membership With BoardSource

As a part of USA Swimming's ongoing efforts to provide leadership and skill-building resources that support and strengthen swim clubs and each of you as leaders, we are pleased to offer you a complimentary annual membership with BoardSource. This yearly membership normally would cost you $99/year per person. This membership is



**Dave Thomas**
Sport Development
Consultant
Southern Zone
USA Swimming

719-866-3573        719-
866-3573 Direct Line

719-330-3824        719-
330-3824 Cell
719-866-4669 Fax

719-866-4578        719-
866-4578 USA Swimming
Office
1 Olympic Plaza
Colorado Springs, Co. 80909
email



Sponsored by:



recommended for both the Head Coach and all Board of Director members.

If you're not already familiar with BoardSource, it is widely recognized as the leading organization promoting exceptional nonprofit governance and board service. BoardSource membership is a year-round educational resource that helps to connect, engage, inform, guide, counsel, and support a community of thousands of nonprofit leaders from across the country.

Your complimentary BoardSource membership includes access to over 170 downloadable governance documents, a monthly newsletter and access to their free monthly webinars on important issues facing board leaders.

It's very simple to activate your membership! Just visit http://www.BoardSource.org/usaswimming and complete the membership registration form.

Upcoming Webinar Series

Webinar 101: Free to all members!
The Basics of Board Involvement in Nonprofit Budgeting
Thursday, October 16 | 2:00 – 3:00 pm ET

The board is responsible for setting direction and ensuring resources, so how does that play out in organizational budgeting? Where in the process does the board get involved? What policies should be in place to ensure consistency and controls? What are the right questions to ask? How much is too much detail? Learn the answers in this webinar.

Webinar 201: Free to organizational members!
Navigating the New Normal — Is Your Board Prepared?
Thursday, October 23 | 2:00 – 3:00 pm ET

Nonprofits can't rely on yesterday's financial models to deal with today's challenges — greater demand for services, shifts in funding sources, and greater expectations for results. This webinar's presenters will highlight key trends and common responses to working in the 'new normal' and provide helpful tools and resources to advance board thinking and decision-making.

## Tough Love Marketing
### By Matt Farrell, CMO USA Swimming, Published on 10 Sept. 2014

How do parents of non-swimmers view the sport of swimming in respect to cost, time commitment, fun, teamwork and developing social skills? Understanding how the world views the sport is key to knowing how to better position and explain the benefits. This presentation was delivered at the 2014 Club President's Summit in Colorado Springs by USA Swimming Chief Marketing Officer Matt Farrell.

There is a lot of very useful information in this presentation on how to market your team better through the use of newer media outlets.

Watch here:

## Club Leadership and Business Management School (CLBMS)

CLBMS 101 is an introduction to Club Leadership. CLBMS 101 is a free online course

that is required for new clubs prior to membership and strongly encouraged for all club leaders. The online course takes one to two hours to complete. Upon completion, a printable certificate is available. This is a great primer for all board members. You may want to consider having all new Board members take this online course as part of your annual Board orientation process.

The 101 online course is divided into four lessons:
1. The Big Picture
2. Starting a Club
3. Leading and Running Your Club
4. Evaluating Your Club

CLBMS 201 is a companion in-person course which is required prior to the second year of club membership and strongly encouraged for all club leaders. Completion of the 101 online course is advisable prior to attending a 201 course. The four to six hour in-person course is taught by USA Swimming staff members in an interactive, discussion based format. The course goes in depth on a variety of topics related to successful club governance for all club models.

## Sport Development Consultants

USA Swimming's Sport Development Consultants provide a conduit for coaches, boards and LSC officers to gain professional management skills. Through discussions and/or formal presentations, consultants identify appropriate USA Swimming programming and its utilization, including board governance, Club Leadership and Business Management Schools, parent and coach education. There is no fee for their services. Interested clubs should contact USA Swimming's Club Development Division. by sending an email to: clubdevelopment@usaswimming.org

Click here to learn more:

## Principles of Policy Governance
### By Richard Pockat with SwimMac Carolina

1. The Trust in Trusteeship
2. The Board Speaks with One Voice
3. Board Decisions Are Policy Decisions
4. Boards Should Formulate Policy by Determining the Broadest
5. Boards Define and Delegate, Rather than React and Ratify
6. Ends Determination is the Pivotal Duty of Governance
7. The Board's Best Control Over Staff Means is to Limit, not Prescribe
8. A Board Must Explicitly Design Its Own Products and Processes
9. A Board Must Form a Linkage with Management that is Both Empowering and Safe
10. Performance Must be Monitored Rigorously, But Only Against Policy Criteria

Before you buy books on the subject of Policy Governance, here are three articles that may be of interest:

Caroline Oliver
Caroline Oliver 2
Board Leadership Newsletter

I mentioned Simon Sinek, who I think has terrific messages about Leadership. Before you buy books by Simon, here are two videos, one a TED Talk, which gives the core ideas expressed in his book "Start With Why" and the second in which he presents his core ideas from his book "Leaders Eat Last". I hope you enjoy these as much as I do.

Talk 1
Talk 2

## Five Ways to Be a Model Board Member
### By Karen Eber Davis, president, Karen Eber Davis

This post is one in a series written by board leaders who will be presenting sessions at the 2014 BoardSource Leadership Forum on October 9 & 10 in Washington, D.C. We hope you will be joining us.

Last summer, Ilene Denton, the incoming board chair at The Hermitage Artist Retreat on Manasota Key in Florida, asked for some advice for board members. "I'd love to read more about the board's role in a nonprofit," she said. While much advice exists about how to be a good board member, a lot of it's pretty nebulous. Here are five concrete actions for excellent board leaders.

Read more:

## Top 10 Tips for Hiring the Right Employee
### By Susan M. Heathfield, Human Resources Expert, about.com, October 5, 2014

Need 10 tips for hiring an employee? Hiring the right employee is a challenging process. Hiring the wrong employee is expensive, costly to your work environment, and time consuming. Hiring the right employee, on the other hand, pays you back in employee productivity, a successful employment relationship, and a positive impact on your total work environment.

Hiring the right employee enhances your work culture and pays you back a thousand times over in high employee morale, positive forward thinking planning, and accomplishing challenging goals. This is not a comprehensive guide to hiring, but these steps are key when you hire an employee.

Read more:

## 11 Steps to a Successful Nonprofit Social Media Strategy
### By Julia Campbell, J Campbell Social Marketing, about.com, October 2, 2014

Creating a strategy for using social media is no longer optional for nonprofits.

Social media tools include a fast-changing and constantly growing collection of web-based and mobile technologies. These tools turn formerly broadcast and one-way messages into an interactive conversation and can be hugely effective for social change organizations.

Nonprofits use a wide range of social media tools (video, audio, digital text, photos, games) to share their content socially).

However, in the rush to get on the Facebook and Twitter bandwagons, many nonprofits ignore the strategy and planning required to achieve success in social media.

Here are 11 steps that your organization can take to create a strategy and plan for your social media efforts. A little planning goes a long way!

Read more:

### How to Write a Small Business Marketing Plan: A Step-by-Step Guide
**By Alyssa Gregory, Small Business Information Expert, about.com, Sept. 17, 2014**

A marketing plan is an essential marketing tool for every small business. Use the guide on the following pages to answer these 10 questions:

1. Marketing Strategy: How will your marketing plan support your business goals?
2. Mission Statement: What are you trying to accomplish, and why?
3. Target Market: Who are you trying to reach with your marketing activities?
4. Competitive Analysis: Who are you up against, and where do you rank?
5. Unique Selling Proposition: What makes your business unique?
6. Pricing Strategy: What will you charge, and why?
7. Promotional Plan: How will you reach your target market?
8. Marketing Budget: How much money will you spend, and on what?
9. Action List: What tasks do you need to complete to reach your marketing goals?
10. Metrics: How are you implementing, and where can you improve?

Read more:

The material in this e-mail is provided for educational and informational purposes only and does not constitute a recommendation or endorsement with respect to any company or product. One of the objectives of the USA Swimming Club Development News is to make coaches aware of potential resources available.

IMPORTANT REMINDER: USA Swimming reminds all member organizations and coaches to that you are responsible for complying with applicable copyright laws regarding publication and distribution of printed materials, including internet content. If you have any concerns about whether material you seek to reprint is covered by copyright law, we encourage you to contact the author and obtain permission or otherwise seek appropriate counsel regarding use of the materials.

© 2011 USA Swimming

# EXHIBIT D to Complaint of Keith F. Bell, Ph.D.



# The Forecast

| Mon | Tues | Wed | Thur | Fri | Sat | Sun |
|-----|------|-----|------|-----|-----|-----|
| 50% | 60% | 70% | 80% | 90% | 100% | 100% |

"If you don't have time to do it right, when will you have time to do it over? It's the little details that matter. Little things make big things happen"

- John Wooden

# The Forecast

## Welcome Thunderbolts! A new season is here!

### By Coach Linck

Welcome to a new swimming year and a new *Thunderbolt* newsletter… **The Forecast**. The Thunderbolt **Flash News** will continue weekly distribution and remains membership's "go to" for all "need to know" information (schedule changes, upcoming event news, special announcements, etc…). **The Forecast,** scheduled for distribution every other week as a platform from which we intend to highlight team and individual achievements, provide educational materials and include coach generated, squad specific articles direct to their select group of athletes. We (referring to the coaches) will do our best to keep **The Forecast** fresh, informative and hopefully somewhat entertaining.

Members looking to include items in either **Flash News** or **The Forecast** must adhere to the submission schedule below…
    For **The Forecast**, Mail to: Coach Christopher, 1st, 3rd and 5th Tuesdays by 3:00PM.
    For **Flash News,** Mail to: Coach Ruth, Monday's by 8:00PM.

It's good to be back and has been nice to see so many familiar faces along with several new ones mixed in. Registration this Fall included several families new to THSC. Joining an organization as large and well established as ours can be both intimidating and confusing. I ask returning members to welcome, assist and make comfortable all of our new members by "showing them the ropes" as well as the "in's and out's" associated with being a **Thunderbolt.**

As we begin it is impossible see what this year holds for each of us, regardless I encourage the athletes to see it as an opportunity for high level achievement, however getting there requires you to "dive," so to speak, into the unknown. Which, in the simplest sense, describes exactly what athlete's do each and every day. As an athlete training in pursuit of and specific objective, the more committed, diligent and purposeful their training the more predictable will be their results, yet there are no guarantees. Many of the aspects associated with the process leading to a high achievement remain unknown until the results are in, but there are a few items associated with that process that are known and must be accepted. As an athlete you do not know how, when or where you will be challenge, but you should "know" *YOU WILL BE CHALLENGED!* You cannot know when, where, or even if you will find success, but you should "believe" *YOU WILL SUCCEED!* You will not know how, when, where, why or what will trip you up, but you should know and tht… *YOU WILL STUMBLE, YOU WILL FALL* and *YOU WILL FAIL!* You do not know how or to what extent these experiences will affect you, but you "know, believe, accept and hope" through the process, you *LEARN, GROW and come out the other end a different person, a person forever changed by the process.*

Is that a little scary? You, bet and it should be! However, to a greater degree, it should be exciting! Exciting due to the fact that, in the future, there you can find limitless potential. The ability to start over (like what is happening right now with your swimming) allows you to leave the past behind so that it is less likely to limit you in the future.

    **"The only way of discovering the limits of the possible is to venture a little way past them into the impossible."**
    **— Arthur C. Clarke**

This year will be an adventure! As you set out you're not required to stick to a previous path, but have the freedom to choose any path; where it leads is limited only by your dreams and the depth of your commitment; however you cannot simultaneously travel in two directions requiring you to abandon the path you had been on so you may go in another direction. Any path worth traveling will, at times, be difficult to maneuver, therefore it is wise to take with you all the knowledge gained from previous experiences to help navigate obstacles, manage setbacks and avoid mistakes, but DO NOT attempt to take old baggage on a new journey as the excess baggage will do nothing except add to the load you must already carry.

I am happy to be starting over. 2013-2014 left me carrying an overabundance of baggage, which I am more than happy to drop and leave behind. The past 18 months have challenged me to an extent I had never previously experienced. Triggered by a significant change in my health profile in April 2013. (I go into greater detail in an article published in the December 2013 issue of The Current). My newly diagnosed condition presented a physical obstacle and required persistent management, but it was not long before I realized the physical challenge was the easy part; the most difficult hurdle to get over would be psychological.

For what felt like the first time ever, I was fearful of the unknown. I did not feel the excitement you get at the beginning of a new adventure, but the disappointment felt when something good approaches the end. Where previously I had stumbled upon opportunity, I ran into a surplus of limitations. Under instructions to reduce amount and intensity of "my workload" it soon became evident that my day-to-day life would forever be affected by newly imposed physical restrictions; an idea I initially denied only to, down the road, vehemently fight against. Over time I would learn to function within my limitations and, with additional time, be able to function more effectively.

By September I was finally beginning to settle in when suddenly hit by another significant development with the capricious resignation an essential member of the coaching staff; an individual who had performed well, had assumed and satisfied a multitude of duties and was well liked created a noticeable void which was challenging to fill. I did my best to put a positive spin on this development in an address I delivered to membership…

> "(We have been provided an) *exciting opportunity as we look to fill the now vacant position. In searching for a new coach we get to hand select a coach whose skills and talent can be matched against our needs and weaknesses. We are not looking to replace, but rather to improve our staff and in turn improve our performance. We will not hire to simply fill the vacancy; instead we will search, with patience if necessary, in order to secure a professional, experienced, proven and knowledgeable coach whose abilities provide us the best chance to achieve at the highest level."*

Understaffed and overworked describes club operations September 2013-April 2014. By the end of the short course season membership's patience was exhausted, coaches were "running on empty" and at the "the end of their rope" (I had reached the end of mine much earlier) and I questioned our ability to continue, as we had been, for much longer. Christopher's arrival early in April came just before the wheels were about to fall off! Together the staff took a deep breath and let out a huge sigh of relief.

We had "survived" short course and, with Christopher, finally had a full compliment of coaches who appeared to be re-energized heading into the long course season. We finished the season in true Thunderbolt form with a long list of exceptional individual performances and truly incredible team performances at the various championship meets.



It was not easy, but we stuck with the plan; "secure a professional, experienced, proven and knowledgeable coach whose abilities provide us the best chance to achieve at the highest level" and, in Coach Christopher, I believe we have found just that. I could not be more satisfied with what I have witnessed from Christopher who appears to be fitting in and working well with athletes and fellow coaches. The knowledge he brings from outside the sport of swimming combined with a fresh approach, delivered with an abundance of energy compliments well the other skill sets and personalities on staff.

During the past year we experienced more internal strife then preferred or are accustomed to, causing "unrest" in several arenas, with a sense of purpose and keen focus, Thunderbolt coaches and athletes demonstrated remarkable commitment by continuing to train at a high level and, in spite of all that was occurring around, end the year performing exceptionally well.

The ability to perform well, in the face of adversity, especially at a time when poor performance would have been understandable and perhaps even expected to a degree is in and of itself a noteworthy accomplishment and, in doing so, each of you (athletes and coaches) earned my utmost respect. I am proud of what you achieved and honored in the opportunity to work with you.

Despite all the obstacles, roadblocks and distractions, a long list of spectacular individual performances combined to provide and impressive team performances and, in the end, performance results accumulated during 2013-2014 rival the best our club's **57 years of excellence!** Some significant achievements from 2013-2014 are noted below…

**Team victories at every Oregon Swimming Championship…**
> *OSI 11-14 Short Course Championships:*
> **1. THSC 1263**
> 2. MAC 452
> 3. LaCamas 429
> *Region XII - OSI Senior Championships:*
> **1. THSC 1518**
> 2. CRST 705
> 3. MAC 673
> *OSI 13&O LC Championships:*
> **1. THSC 1035**
> 2. PAC 339
> 3. TDPS 293

**Competitive team performances outside of the Oregon Border…**
> *NW Section Summer Championships:* **1**st**… combined team; 1**st**… women; 3**rd**… men** (*USA Swimming introduced the Sectional Championships 2001; the two team titles listed above are 2 of only 3 team titles ever one by an OSI Club; the third was THSC Men's Team Title, Spring 2007*)
> *USA Swimming Virtual Club Championships:* **32**nd**… LCM; 43**rd**… SCY**
> *NW Section Spring Championships:* **3**rd**… combined team; 4**th**… both men & women**
> 1. King 847.5
> 2. Scottsdale 639
> **3. THSC 574.5**
> *NW Region SC Age Group Championships:* **3**rd**… combined team**
> 1. King 828
> 2. Bellevue 784
> **3. THSC 782**

*USA Swimming National Team Selections:*

*2014 Youth Olympic Games*… Patrick Mulcare, athlete, Team USA

*2014-2015 USA Swimming National Junior Team…* Patrick Mulcare, athlete; Linck Bergen, coach *(THSC's 7th athlete and coach selection in the past 10 years)*

*2014 USA Swimming 18&U World Cup Team…* Patrick Mulcare, athlete; Linck Bergen, coach *(THSC's first ever National Team Coach appointment; the 3rd athletes selected since USA Swimming begaseectingbthe18&U WC Team in 2009)*

Accomplishments like those listed above cannot go unnoticed forever and, at some point, even those who downplay our achievements are forced to acknowledge what we've have and continue to accomplish and, it appears that time may have arrived. The resect provided to our club, recognition being given to individual and team performance and several accolades recently bestowed on to us, all originating form sources outside the *THSC Family* exceeds anything I've seen in the past 15 years and should become a sense of pride for every person associated with this great organization. Recent recognition provided individual *Thunderbolts* are listed below…

**Coaches Ruth** received a nomination for *\*OSI Age Group of the Year*

**Coach Linck** received a nomination for *\*OSI Senior Age Group of the Year*

**Keaton Blovad** & **Cassidy Brennan** received nominations for *\*OSI Female Athlete of the Year*

**Patrick Mulcare** received a nomination for *\*OSI Male Athlete of the Year*

**Grace Carlson** & **Michelle Cefal** received nominations for *\*OSI Collegiate Athlete of the Year*

**Coach Kara** received a nomination and has been appointed *\*OSI Head Allstar-Zone Team Coach, 2015-2016.*

**Coach Ruth** was a Top 10 Finalist for the *American Swimming Coach Association (ASCA) National Age Group Coach of the Year*

**Coach Linck** has been appointed coaching position on the *USA Swimming National     Team for the 18&U World Cup Team* (Tokyo, Japan: Oct. 28-29 & Singapore: Nov. 1-2)

**THSC** received invitations from *USA Swimming* to attend the *\*\*Age Group Summit* (Coach Ruth will attend, Nov. 6-9) and *\*\*\*Club Presidents' Summit* (Jay Epperson attended in September)

\**The OSI Swimmer & Coach of the Year Awards will be announced and presented at the OSI Awards Ceremony, Nov. 16 in Corvallis.*

\*\* *"The Age Group Coaching Summit's purpose is to bring the nation's top age-group coaches together to provide an opportunity for coaches' education in an interactive forum. This summit will focus on performance and on how to help you continue to develop and coach the nation's top Age Groupers. Club selection based on a combination of different criteria… club size, a special age group Virtual Club Championships ranking, National meet results and Club Excellence" (Morgan Weinberg, USA Swimming).*

\*\*\* *We invited approximately 40* Club Presidents. Your *club has been selected by a combination of results based on the* Club *Excellence program and standings in the Virtual* Club *Championships. This is the first time that we have ever done anything like this. Our plan is for this to be an in-depth* governance summit *with a lot of time for interaction among the* other club president's *in attendance. We will cover a lot of the material that USA Swimming uses in the* Club *Leadership & Business Management School. We are contacting you (the head coach) to get approval before we contact your club president" (Tom Avischious, USA Swimming).*

15 years ago this club went through a monumental change with the hiring of an entirely new staff of coaches, marking the beginning of *Thunderbolt Swimming* (prior to 1999 the club was known only as *THSC* or *THills*). The "new staff", working together with the *THSC's* Board of Directors, parents' group and athletes set out with the goal of becoming one of the best (in terms of performance) age group clubs in the country. THSC has come a long way in those 15 years and although I am hesitant to say "we have arrived", the journey's not over… we're still looking to improve and get better, but I can say in the discussion related to which clubs are the best the Thunderbolt name and what we stand for is part of that discussion. I must admit that feels pretty darn good!

It has been the collaboration of coaches and parents working for the athletes that allowed us to get where we are and in 2014-2015 with a pool full of committed athletes and a full staff of talented coaches working together with a supportive group of parents will be able to take our achievements to new heights. A new journey is underway. I am unsure where exactly it will lead, but I am excited by the prospects.

**<u>*GO BOLTS!!!*</u>**

# Dare To Be Great

### By Christopher

What a year! In addition to the changes and challenges that the Thunderbolts experienced since last October, I have also experienced things that have had such a profound impact on me that I'll also be forever changed. While I have been fortunate enough to be blessed with good physical health, the mental unease and unrest that causes someone to uproot themselves from all they've known created and loved was something that I perhaps didn't even fully realize until I was finally able to settle in here in Oregon. While I've said this time and time again, it is worth repeating, how thankful I am to Linck, the rest of the coaches and every member of the Thunderbolt family.

As you get older goodbyes become a much larger part of your life. You find yourself saying goodbye to friends and family and more often than not, the goodbyes start to outnumber the hellos. This isn't meant to be sad or depressing, just a simple statement. One fact about most goodbyes, they're always hard. At least they are when you're saying goodbye to something that you love and care about. Or something that has meant a lot to you.

While we can all certainly think of some very personal goodbyes that we've all been forced to deal with I'd like us to take a moment and relate goodbye to the world we all share, the swimming world. We have all said goodbye this past year. To coaches, friends and an entire season. Some of us are happy with the past year, some aren't and others are maybe somewhere in between. Whatever your position, here's the thing to remember, the world we share brings about inevitable goodbyes but also inevitable hellos. Whether or not we are ready for it we all get to experience a new season! I think that alone is worth a moment of appreciation.

I'd like to offer everyone a challenge as we begin this new season. I challenge all of you to **dare to be great.** I say "challenge" and "dare" because being great isn't easy. I owe a lot to my career as an athlete and coach. I owe even more to the sport of swimming which has allowed me to grow in way's I'd never dreamed possible. I have never lost my respect or admiration for the swimmers accomplish on a daily basis. As R. Tait McKenzie says in his essay, "Joy of Effort," "what other human endeavor can match the healthy ego satisfaction and moral self-discipline supplied by courage, muscular strength and bodily endurance…those comparable instrument for living most and serving best."

We have all experienced winning and the joy that comes with winning. We have all experienced loosing, and the resolution that we WILL BE BETTER. The hard work and pain seem a small price to pay for success, and there is no reason that satisfies failure. Therefore we resolve to be better next time. But…WINNING ISN'T NORMAL! That doesn't mean there's something wrong with it or for striving to win, it just doesn't happen as much as the motivational movies would have us believe. Every race can only have one winner, and because of this winning requires unusual action.

In order to win you must do impossible things. You can't be one of the crowd. The crowd doesn't win. You have to be willing to stand out and act differently. Every race is, I think, a little bit like life in that there always comes a point where victory hangs in the balance. Then, and only then, is your courage, character and desire to excel exposed for all to see. We live in a sport where our commitment MUST be towards excellence and towards victory, even though we all know that ultimate victory can never be totally won…that doesn't change the fact that it must be pursued with all of your might.

Your actions need to reflect unusual values and priorities. You have to value success and the process of success more than others. Better still, you have to WANT it more, and you have to make that value a priority. The recipe for success is pretty simple. Mind numbing consistency. Consistently showing up, consistent effort, and consistent attention to detail. Winning isn't a sometimes thing… it's an all the time thing.

I firmly believe that anyone can win. Some people may be more naturally talented than others, but there are so many more valuables that go into determining how well you do that there's room to make up that difference. Even world records fall short of perfection. People who win aren't special, they're normal people who do special things. Why not you? Remember that no matter how many races you win. How many cuts you make, how many ribbons you get, these will all linger in memory. The will to excel, the spirit to Dare to be Great, those are what will endure and are so much more important than the races that occasion them.

### _Swim Hard. Be Strong. Think Big._

# National

Performances at this year's *Fall Open* were as a group, as good as any year ever.  We're off to a great start!

Speaking of being "off", I am also "off". I am sitting in the Denver airport as I type, waiting to  board a plane for Tokyo as the *USA Swimming's 18&U World Cup Team* set's off to compete in two competitions. I am honored to be where I am (on the staff of a USA Swimming National Team). You guys (NAT Squad athletes) and those that came before you, at least for me, made this possible; for that I thank you!

Before leaving we discussed the expectations for when I am gone... I trust everyone will live up to them.

I encourage you guys, individually and as a group, to honor the great start you had  by making the commitment to build on it. Doing so will set us off on what I'm sure will show to be a truly great year!

I will provide detailed *Fall Open* Highlights in the next edition of **The Forecast**.

**Until next time...THINK FAST!!!**

# Senior 2

Off to the races! We FINALLY have our first meet of the season under our belts! I was very pleased with the swimming that I saw out of each of you at the Fall Open. We are starting the season right where we need to be as a group.

Some of you had best times and showed obvious improvement from last season or even this summer. Congratulations to those swimmers. Everyone in the group has made some very important technical changes and it's obvious when we swim against another high level team like King Aquatics. There were more than a few coaches from other team who complimented your swimming. Let's keep that ball rolling!

# TAG

I am sure the TAG group really enjoyed Coach Linck coaching them on Wednesday of this week. Thank you for taking time to assess the TAG groups needs and we will begin to work on your suggestions.



Last weekend we had our first meet of the season.  It was a lot of fun to watch you all race and execute your race strategies.  The coaching staff handed out awards for the King and Queen of Distance.  Tag's Helen Lin won the Queen of Distance with a close race for the title against Natalie Kayfes.  You both did a fantastic job executing the skills of very good under waters past the flags, breathing on the 2nd stroke throughout the race, good DPS and descending your race….with Great success.  Congratulations to Helen Lin on taking home the title!

Our next meet is the Island Pacific Cup in Victoria. Many of you already know that I will not be able to attend the meet….I will miss watching your races….do me proud! The same weekend of the Island Pacific cup meet I will be meeting with 40 of the best Age group Coaches in the USA in Colorado at the Olympic Training Center.   I hope to learn a lot to continue to help develop the Thunderbolt athletes.

Training…Remember to focus on details at practice.  Have a goal a day to help you continue to develop your skills and technique.

Coach Ruth

**What do a dentists and a swim coach have in common? (Answer on the next page)**

# JAG

Congratulations to Kiki Lindsay for having 100% attendance in practice.

One of the most difficult aspects of coaching when making a season plan and then implementing it is trying to find the balance between technique focus and training hard.  Training swimmers to work hard is easy.  Most swimmers (on this team) enjoy working hard.  "Work works" is a motto that has resonated with me.  But hard work is just one side of the coin.  The other side is technique focus, which every coach ever will agree that it IS THE MOST IMPORTANT part of a swimmer's training.  It doesn't matter how hard you are working if you are doing it incorrectly.  Your technique is your ceiling for your potential of how fast you will be able to swim in your lifetime.  The better your technique is, or in other words, the more efficient your strokes are, the higher your ceiling is. So my point is, you all need to spend more time in the water working on improving your technique.  The best time to work on your technique is when you are not trying to swim fast-warmup, warmdown, drill, DPS, Stroke Count and at the beginning of Descend sets.  It is my goal to spend more time making you focus on your technique this year.  If I achieve my goal, I have a feeling you all will be able to achieve your goals this year.
Remember, "it's not what you do, but how you do it" that makes a difference.

Mental Checklist in the Pool:
   ALWAYS push off on your side for fly, breast and free (on your back for backstroke), under the water and in a tight streamline
   ALWAYS do a minimum of 4 dolphin kicks for free, back and fly.  ALWAYS try to maximize your distance underwater with your breaststroke pullouts.
   ALWAYS breathe on your 2nd stroke for free and fly.
   ALWAYS breathe every 3 strokes for breast and every other stroke for fly.
   ALWAYS be aware of what you are doing and how you are doing it.

The Thunderbolt Fall Open was a great success for the JAG squad.  One area that most of you excelled in was your under waters off of your turns.  One area that most of you did not excel at and need to focus more on was NOT breathing on your first stroke for free and fly.  I will be putting more emphasis on this in practice over the coming weeks, be sure you do the same.

"Do or not, there is no try."-Yoda

-Coach Tim

# High School/Senior 1

Welcome back everyone; we now have a solid 2 months and our first meet under our belts. I believe that things have been going very well. The fall open results give us a great starting off point for the season. Each swimmer can take away specific things based on their personal results from the meet, as an entire group I would say distance per stroke and underwater kicking is some thing we need to spend some more time focusing on. I can remind each swimmer of this multiple times a day, but unfortunately I can not get in the pool and change the details for them. Personal responsibility and willingness to make changes is key to becoming a more successful swimming. The best swimmers are the individuals with the best technique, allowing them to become more efficient.
We have spent some time working on technical skills; as our workload and intensity continues to increase please keep all of the skills in mind. What you do in practice when you get tired is what you show up during races, as you get tired. Right now is when changes need to be made. As a reminder it take a month to create a new habit, so do not give up. Nutrition, rest and staying on top of or ahead of your schoolwork and other activities is very important right now. Staying ahead of everything will help keep stress levels down as well as help keep you healthy.
As the fall weather inevitably approaches, though I have really enjoyed this extended summer weather, please bring appropriate dryland apparel. Just because the temperature drops does not mean we will be inside. Dress accordingly. As far as the rest of the meet schedule please look online and let me know if you have some scheduling conflicts. The earlier I know the better, as meet entries are submitted long before the actual weekend of the meet.
Upcoming Meets

| Nov 1-2 | Oregon City Fall Open | Oregon City |
| 23-Nov | **Dual Meet** | **Home** |
| Dec 13-14 | **Chris Givens Holiday Classic** | **Home** |

See you at the pool,
Coach Kara
Kara@thunderboltswimming.org

They both us a lot of drills….

# Storm

We have almost the first 2 months under our belt! We have had a bit of a slow start with all the schedule changes. Hopefully everyone is settling into a routine with the swim schedule as well as with school. Do not let yourself fall behind, stay on top of your schoolwork, and other activities so you can get yourself to practice.

There have been some great efforts in practice. I know for many swimmers the storm group is an adjustment, each and everyone single one of you are doing a magnificent job. Keep up the good work and positive attitudes. Remember the habits you start off with at the beginning of the season are what will be with you at the end. It takes a month of practicing a new skill everyday for it to become a habit, so stick to the changes now. With that being said, remember right now good technique is very important. We will continue to spend time working on good technique, but as practice intensity picks up please keep all the technique work in mind.

From the results from the Fall Open it looks as though we are in for a spectacular season. Everyone achieved at the very least two lifetime best times at the meet. The focus leading up to the meet was good underwater kicking off the walls, breathing on the second stroke after the turns and sticking to specific stroke breathing patterns. As a group we did an excellent job remembering all of these details, but there is always room for improvement.

We ask that you take a look at out meet schedule on the website and let us know if you have any schedule conflicts. The advanced notice you can give us the better. You would be surprised at how early we need to submit our entries.

Hopefully everyone is as excited as we are to get the season started.

Upcoming Meets

| Nov 1-2 | Oregon City Fall Open | Oregon City |
|---------|----------------------|-------------|
| **23-Nov** | **Dual Meet** | **Home** |
| **Dec 13-14** | **Chris Givens Holiday Classic** | **Home** |

See you at the pool,
Coach Kara and Coach Paige
Kara@thunderboltswimming.org
Paige@thunderboltswimming.org

# Thunder

Congratulations to Evan Han, David Romashenko, Elizabeth Satterlee, Galen Tse, Justin Xie and Alice Yueh for having 100% practice attendance.

We use drills a lot in Thunder.  Drills are the building blocks of the 4 strokes, or "the basics".  In order to be really good at the 4 strokes, you have to be really good at the basics.  Perfecting the basics requires a lot of kicking with a good (neutral) head and body position.

The following are not ALL the drills we will be using, but they are the most important and the ones we will be using the most.

**Freestyle**

Swordfish-freestyle kick on your side, eyes down, one arm out, fingertips down, blow bubbles ,then turn your nose up to breathe.

7 Kick Switch-Swordfish position, take a stroke and breathe (stroke first) every 7 kicks.

Catch Up 11-focus is on long strokes with a fast kick, kicking through the breath. The 11 position is with both arms extended out front.

**Backstroke**

Rotation Kick-Just like the name of the drill, the focus is on rotating the shoulders and hips while rotating.  The hands stay at the side (or in "your pockets").  The head stays still.  No stopping when you are flat on your back.  Pause the rotation on each side when a shoulder is out for 3-5 kicks.

7 Kick Switch-Backstroke Swordfish position focusing on keeping the body rotation connected with the stroke every 7 kicks while keeping the head still.

Single Arm-one arm at side while using the other arm to stroke focusing on full rotation (getting both shoulders out of the water) and keeping the stroke connected to the stroke while keeping the head still.

**Breaststroke**

Invisible Kickboard-arms stay out front in the 11 position.  The mantra "Up, Kick, Glide" is always accompanied with this drill.  Up with the head and heels.  Kick your face back into the water, and Glide for a 3 count in the 11 position.

1 Pull 2 Kicks-breaststroke with an extra kick to focus on the Glide position.  Focus on keeping head in between arms in the glide position and getting as far as you can from each kick.

Separation Drill-pull and breathe, then kick once the face is back in the water.

**Butterfly**

Fishtail-side dolphin kick focusing on a big, nonstop, back and forth kick generated from the hips.

Single Arm-there are many ways to do this drill and different aspects to focus on. We will use it for timing the kick with the stroke, working on a deep chest press while keeping the hips high.

Biondi Drill-the main focus is to breathe early with the catch.

There is much fun to be had and skills to be learned this year.  I have already been impressed by your streamlines, your underwater dolphin kicking and your willingness to work hard.  My goal is to continue to teach and challenge you while having fun at the same time.  As Coach Linck likes to say, "Let the Thunder roll!"  *editors note: or was it Garth Brooks? I always get Linck and Garth confused*
-Coach Tim



# AGD

Swimmers,

I want to take this opportunity to talk about your/my goals. I have now received everyone's goal sheet (thank you) and after going over all of them, I have noticed several common goals. The most common season goal is to get an "A" time and the most common daily goal is to work on dolphin kicks and listen to the coach (We could do a better job!). Those are great goals to have and to work for, but we must realize how we make our goals a reality. Only by working on building good habits (remember 21 days) can we start to become the swimmers we want to be. "A" times are extremely attainable for anyone in this group, but only if you can start to check off those daily goals and build good habits.

My goal for each and everyone of you is to move you up! Being in AGD has its benefits, but by swimming alone we don't get the opportunity to see/work with other faster swimmers often, swimming is a lot more than what our local meets can show, in fact going to the state meet is just the tip of the iceberg in our sport. The travel, sectional, and national competitions still are some of the best experiences I've had, and we can all get there!

Ask yourself, are you the person you want to be RIGHT now? Are you the swimmer you want to be RIGHT now? Do you do the things you know you need to in the water and in dryland? If not, then you are underutilizing an opportunity to get better. Why wait for "tomorrow" or later to start working on your dolphin kicks, and build those good habits? All of us, myself included, can do things better when it comes to swimming, let's start being better NOW!

I also want to take this opportunity to highlight our M.V.S. (Most valuable swimmers) of the meet. For the boys, Rohan Lalwani had an awesome meet, he still needs to work on his streamline pushpins and head position, but he got all best times and was less than a 1/2 second from an "A" time in the 200im! For the girls, Andrea Danker-Chavez, Andrea Percic (her first swim meet!), and Zoe Young all had terrific swims. Their hard work in practice showed off at the meet and, though they still need to work on their underwater push-offs, they looked good while swimming.

Keep swimming hard,

Coach Andre








# Bored Notes

Early in September USA Swimming hosted its first-ever summit meeting of non-profit swim club board presidents at the Olympic Training Center in Colorado Springs. USA Swimming has its headquarters at the OTC. They regularly convene meetings of club head coaches, but a decision was made this time to pick the brains of the board executives from some of the top swim clubs in the country. I was fortunate enough to be among those selected to attend.

There are approximately 2,800 USA Swimming registered clubs. A little more than one half of those clubs are non-profit parent board organizations such as ours; about one third are institutionally owned (e.g. YMCA's); and about 15% are coach owned for profit. It was an honor for our team to be selected out of the non-profit pool. Forty board presidents were invited to attend and 35 elected to attend. USA Swimming had varied criteria for their selection process, but swimmer/club performance was clearly the decisive factor. THSC was one of the smaller sized clubs able to perform at that level. We have fewer than 200 competing swimmers. The big clubs are 500+. The really big clubs approach or exceed 1,000 competing swimmers. The big clubs definitely have an advantage in terms of operating budgets and chances to score more big swims. I know our coaching staff is proud to be in the mix with these big clubs.

Here are some of my takeaways from the meeting. First of all, the staff at USA Swimming headquarters is very professional and very sharp. They constantly analyze data, they know the head coaches, and they seem to be on top of everything happening inside the important swim clubs. USA Swimming is a great resource for advice on everything from risk management (insurance), facilities construction, best governance practices, etc. My second takeaway is that all the successful teams such as ours have common "issues." By far the biggest complaint is that none of us can get enough water time. There is more demand for our programs than can possibly be accommodated by our facilities. We all want access to more pools. Some of the successful clubs are stressed financially because of high pool rental rates. Fortunately we do not have that problem. I also heard complaints about coach turnover. I think we have a much better than average coach retention rate.

USA Swimming now plans to host board president meetings every other year. They considered this first summit a great success. I believe that making this a regular occurrence will result in more sharing of "best practices" information among the successful clubs. USA Swimming can only benefit as a result.

Jay Epperson, President

# Junior International Meet Billeting

**Billeting for Junior International Meet**

Looking for a way to fulfill the required 40 hours for the short course season?  Or maybe you are wondering how you can retire the minimum  10 hours that need to come from the International meet?  Here's your answer!  This year we are awarding **10 hours per swimmer** that you host. Families must agree to host at least 2 swimmers in their homes.  Billeting is a great way for your younger swimmers to get to meet individuals who share their love for the sport and get a glimpse of what they can look forward to in the future.  A lot of families who have previously hosted have forged connections with their visiting athletes that continue on way after the meet is over.

Are you interested?  Sign ups to billet visiting athletes are on our website www.thunderboltswimming.org.
Have Questions?  Please send an  email to Janet Casas, billeting@thunderboltswimming.org



# EXHIBIT E to Complaint of Keith F. Bell, Ph.D.

Google

winning isn't normal

All    Images    Videos    News    Shopping    More          Settings    Tools

Sign in

About 27,800,000 results (0.35 seconds)

Images for winning isn't normal



→ More images for winning isn't normal                    Report images

**Winning Isn't Normal: Keith F. Bell: 9780945609018: Amazon.com ...**
https://www.amazon.com/Winning-Isnt-Normal-Bell/dp/0945609019 ▾
Buy Winning Isn't Normal on Amazon.com ✓ FREE SHIPPING on qualified orders.

**Winning Isn't Normal - Amazon.com**
https://www.amazon.com/Winning-Isnt-Normal-ebook/dp/B00QB7FAKG ▾
Editorial Reviews. Review. Although written for swimmers, Winning Isn't Normal deals with many issues
that similarly occur in all sports. This book will help all of ...

**Keel Publications**
www.keelpublications.com/ ▾
Books & Posters on performance & motivational skills. Winning Isn't Normal.

**Winning Isn't Normal - The Tall Cyclist**
www.thetallcyclist.com/.../winning-isnt-normal-motivational-monday-with-dr-keith-b... ▾
Jan 7, 2013 - Winning isn't normal, and as such, it requires unusual action. Timeless words by Dr. Keith
Bell.

[PDF] **Winning Isn't Normal - WordPress.com**
https://desalvo99.files.wordpress.com/2015/12/winning-isnt-normal-keith-bell.pdf ▾
It just isn't normal. It's highly unusual. Every competition has only one winner. No matter ... Winning is
unusual – as such it requires unusual action. In order to ...

**Winning Isn't Normal. : GetMotivated - Reddit**
https://www.reddit.com/r/GetMotivated/comments/15zp5h/winning_isnt_normal/ ▾
Jan 5, 2013 - Weekends: Discussion & Text Only; During the week end, only self-posts are allowed to
share stories, discussions and texts. Please note: This ...

**Winning Isn't Normal - viktre**
https://www.viktre.com/mark-mckoy-5170/winning-isnt-normal ▾
Winning Isn't Normal. That doesn't mean there's anything wrong with winning. It just isn't the norm. It is
highly unusual. article image ...

**Dr. Keith Bell - Winning isn't normal | James Fields | LinkedIn**
https://www.linkedin.com/pulse/dr-keith-bell-winning-isnt-normal-james-fields ▾
Mar 29, 2016 - Winning isn't normal. That doesn't mean there's anything wrong with winning. It just isn't
the norm. It is highly unusual. Every race only has one ...

**Winning Isn't Normal - Tripod**
ed5015.tripod.com/SkepticsWinningNotNormal17.htm ▾
WINNING ISN'T NORMAL. (Investigator 17, 1991 March). Most people want to be winners: Top at
school. Best in sport. First in popularity. Highest position at the ...

### Winning isn't normal
Book by Keith F Bell

A sports psychology book that is a guide for doing what it takes to win in
competitive swimming, though it is advice applicable to all sports.
Google Books

**Originally published:** 1982
**Author:** Keith F Bell

People also search for                    View 2+ more



Introduction    Stanley       The swim to    Men of the    Stanley
to Criminal    Spencer: A    win            Clyde:        Spencer
Justice: In...  Complete...   playbook       Stanley S...   Keith Bell
Keith Bell     Keith Bell    Keith F Bell   Keith Bell

Feedback

Searches related to winning isn't normal

winning **isn't** normal **pdf**
winning **isn't** normal **quote**
**dr keith bell**
**dr. keith bell** winning **isn't** normal


1  2  3  4  5  6  7  8  9  10    Next

● Austin, TX - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

https://www.google.com/#q=winning+isn't+normal
Captured 01-17-2017.

Google

winning isn't normal

  

Sign in

All   Images   Videos   News   Shopping   More          Settings   Tools

SafeSearch

    

   

